No. 6954. MATTHEWS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 6955. NASH v. HESS OIL & CHEMICAL CORP. ET AL. Ct. App. Ga. Certiorari denied.

No. 6997. FERNANDEZ v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 730. WESTBROOK ET AL. v. MIHALY ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1556. WHITMORE v. TARR, NATIONAL DIRECTOR, SELECTIVE SERVICE SYSTEM, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1625. GREGORY ET AL. v. TARR, NATIONAL DIRECTOR, SELECTIVE SERVICE SYSTEM, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6787. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6957. COWLING v. CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1612. POLORON PRODUCTS, INC. v. BELA SEATING Co., INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted.